| UNITED STATES BANKRUTPCY COURT<br>DISTRICT OF NEW JERSEY |  |
|---|---|
| OFFICE OF THE CHAPTER 13 STANDING TRUSTEE<br>Isabel C. Balboa, Esquire<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002<br>(856) 663-5002 | **Order Filed on November 3, 2015<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>      BRYAN K. JARDEL | Case No: 12-17801 (ABA)<br><br>Hearing Date: October 30, 2015 at 9:00 a.m.<br><br>Judge: Andrew B. Altenburg, Jr.<br><br>Chapter: 13 |

Recommended Local Form:  ☐ Followed  ☒ Modified

# ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following pages number two (2) through (3) is hereby **ORDERED**.

**DATED: November 3, 2015**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having considered the motion or certification of Isabel C. Balboa, Chapter 13 Standing Trustee, and any objections filed, it is hereby

ORDERED that:

- ☐ The debtor(s)' case is hereby DISMISSED.
- ☒ The debtor(s)' plan is allowed to continue at the regular monthly payment of $173.00 for a period of 16 months. If the debtor(s) should fail to make any future Chapter 13 plan payment for a period of more than thirty (30) consecutive days, the Trustee shall file a Certification of Default with notice of said Certification to the debtor(s) and debtor(s)' attorney, if any, and the court shall enter an Order dismissing the debtor(s)' case.
- ☐ An Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Order.
- ☐ Other:
    - ☒ IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 349(b), this Court for cause retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.
    - ☒ IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with the arrears being capitalized through the debtor(s)' plan, and the plan shall continue at $5,895.00 which represents total receipts applied to plan.

- ☒ IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with a lump sum payment of $270.00 due within 10 days from the date of this Order.

- ❏ IT IS FURTHER ORDERERED that if the debtor(s)' instant Chapter 13 case is dismissed, such dismissal shall be with prejudice and the debtor(s) shall be barred from filing for Chapter 13 bankruptcy protection for a period of _____ from the date of dismissal of debtor(s)' case.

- ❏ IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with tier payments of _____.

- ❏ This order incorporates a fee application for debtor(s)' attorney in the amount of $_____ pending Court approval.

- ❏ A status hearing shall be held on _____.

- ❏ _____.